9/21/15

Re: Live Face on Web v. Smart Move Search and Betsi Rosen, Case 1:15-cv-04198-JEI-AMD

Dear Judge Irenas,

I am the founder of Smart Move Search, a career services website. Both I and my company are defendants in a lawsuit filed by a company called Live Face on Web, LLC, which I knew to be called "Talking Heads." In 2011, Talking Heads tried to sell me on a software that would feature a virtual spokesperson, but after I exploring it, I decided that we could not use it. We found it to be inferior and quite annoying (it kept repeating the same thing over and over), so we decided not to use it. Rather than engaging my users, the repetitive message would actually be irritating to the user, discouraging them from going to my website. So in effect, their software was not a benefit whatsoever, it was actually a deterrent and not an advantage whatsoever. If anything it would be a "turn off" to anyone going to my website.

The complaint looks like a form, and it is hard for me to understand what the "information and belief" is or why the plaintiff thinks we did anything other than see if their software fit our needs which of course Talking Heads knew about. It clearly did not.

I also don't know why the plaintiff can sue my company and me anyway after the three-year statute of limitations has run out. From searching the Internet, I believe that this company has sued a lot of small companies and I am hopeful that this is just a mistake because all I did was ask the company to rectify this problem and they couldn't and as a result chose not to use it.. However, I know that I need to respond to the complaint by September 22, 2015, and that my company cannot represent itself. My company was in a precarious financial position even before this lawsuit came along, which is making it difficult for me to find a lawyer to help me understand what the plaintiff is claiming (I am not a coder) and help me defend against this unfair lawsuit from a company that seems to be upset that we decided not to go with their software.

I do not wish to default, and therefore I respectfully ask your honor for 60 more days to find a lawyer to help my company and me.

Respectfully,

Betsi Rosen
President
betsi@cuttingedgejobs.com
Land Line: 646.935.1920
Cell:        917.885.1913

Defendants' Motion for extension of time to Answer or otherwise move is hereby GRANTED. As to both Defendants, the Clerk of Court is hereby directed to change the answer due date to November 23, 2015. SO ORDERED this 21st day of September, 2015